UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SUSAN J. BALDWIN, :
:
:
Plaintiff, :
: Civil Action No. 11-CV-7591 (PGG)(HBP)
v. :
:
:
GODDARD RIVERSIDE COMMUNITY : **NOTICE OF APPEARANCE**
CENTER, :
:
:
Defendant. :
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned attorney, ERIC W. RUDEN, is appearing on behalf of defendant Goddard Riverside Community Center in the above-captioned action. Defendant requests that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below.

Dated: New York, New York
       August 15, 2012

DUANE MORRIS LLP

By: _____/s/_____
Eric W. Ruden
ewruden@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Tel.: (212) 692-1000
Fax.: (212) 692-1020
*Attorneys for Defendant*
*Goddard Riverside Community Center*