Case 1:11-cv-07591-PGG-HBP   Document 20   Filed 10/01/12   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

SUSAN J. BALDWIN,                   :

                Plaintiff,    :      11 Civ. 7591 (PGG)(HBP)

  -against-                         :      ORDER

GODDARD RIVERSIDE COMMUNITY         :
CENTER,
                                  :
                Defendant.
                                  :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        Pursuant to my endorsed Order of August 8, 2012, defendant has submitted several emails to me for in camera review concerning the validity of defendant's assertion of the attorney-client privilege with respect to the documents. Because the issues are not addressed in defendant's submissions, I have not assessed the documents in issue for relevance or responsiveness.

        Based on my review, I rule as follows:

| Doc. No. | Ruling |
|---|---|
| 0003 | Not Privileged. The document dose not contain any client confidences communicated for the purpose of seeking legal advice. |
| 061 | Not privileged. Although the emails are to and from an individual I understand is an attorney, there is no indication that he is acting in the capacity of an attorney or that he is providing legal advice. |

082        Not privileged.  Although the emails are to and from an individual I understand is an attorney, there is no indication that he is acting in the capacity of an attorney or that he is providing legal advice.

084        Not privileged.  Although the email is to an individual I understand is an attorney, there is no indication that he is acting in the capacity of an attorney or that he is providing legal advice.

093-94     The emails sent on 10-22-10 at 10:09 a.m., 10-22-10 at 12:27 p.m., and 10-25-10 at 11:39 a.m. are not privileged because they contain no confidential communications to an attorney made for the purpose of seeking legal advice.  The balance of the email string is privileged.

096-98     The emails sent on 10-22-10 at 10:09 a.m., 10-22-10 at 12:27 p.m., 10-25-10 at 11:39 a.m., 10-25-10 at 2:57 p.m. and 10-25-10 at 3:24 p.m. are not privileged because they contain no confidential communications to an attorney made for the purpose of seeking legal advice.  The balance of the email string is privileged.

099        Not Privileged.  Neither email constitutes a confidential communication between a client and an attorney made for the purpose of obtaining or providing legal advice.

100        Not Privileged.  Neither email constitutes a confidential communication between a client and an attorney made for the purpose of obtaining or providing legal advice.

101        Not Privileged.  None of the emails constitutes a confidential communication between a client and an attorney made for the purpose of obtaining or providing legal advice.

102        Privileged.  Document is a confidential communication to counsel apparently made for the purpose of receiving legal advice.

103        Not Privileged.  The document dose not contain any client confidences communicated for the purpose of

2

        seeking legal advice.

104      Privileged.  Document is a confidential communication to counsel apparently made for the purpose of receiving legal advice.

106      Privileged.  Document is a confidential communication to counsel apparently made for the purpose of receiving legal advice.

355      Not Privileged.  No attorney-client privilege is asserted and there is no legally cognizable "Third Part Right to Privacy" Privilege.

        Defendant is to produce those documsnets that I find are not privileged within fourteen (14) days of the date of this Order.

Dated:  New York, New York
        October 1, 2012

                                          SO ORDERED

                                          HENRY PITMAN
                                          United States Magistrate Judge

Copies transmitted to:

Joshua A. Bernstein, Esq.
Josh Bernstein, P.C.
5th Floor
116 West 23rd Street
New York, New York  10011

Michael Tiliakos, Esq.
Duane Morris
1540 Broadway
New York, New York  10036