UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN J. BALDWIN,

                Plaintiff,

v.

GODDARD RIVERSIDE COMMUNITY CENTER,

                Defendant.

**ORDER**

11 Civ. 7591 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter presently scheduled for October 11, 2012 is adjourned to **November 6, 2012 at 12:30 p.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       October 3, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/12