```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN J. BALDWIN,

                Plaintiff,

v.

GODDARD RIVERSIDE COMMUNITY CENTER,

                Defendant.

**ORDER**

11 Civ. 7591 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that expert discovery in the above-captioned matter shall be concluded by **December 16, 2012**.

    It is further ORDERED that the following briefing schedule will apply to Plaintiff's motion for summary judgment:

1. Plaintiff's motion is due on **January 18, 2013**.
2. Defendant's opposition is due on **February 19, 2013**.
3. Plaintiff's reply, if any, is due on **March 5, 2013**.

Dated: New York, New York
       November 21, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge