USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/12

**DuaneMorris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
E-MAIL: ERuden@duanemorris.com

www.duanemorris.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: Dec. 17, 2012

December 13, 2012

**_VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL_**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007-1312

   Re: **Baldwin v. Goddard Riverside Community Center, Case No. 11-CV-7591**

Dear Judge Gardephe:

  This firm represents Goddard Riverside Community Center ("GRCC" or Defendant") in the above-referenced matter. Defendant respectfully requests a two week extension from December 16, 2012 to Monday, December 31, 2012 to complete expert discovery in this matter. This is the first such request by Defendant for an extension of the expert discovery deadline. Plaintiff's counsel has consented to this request. No other deadlines will be disturbed by this request.

  The extension is necessary to allow Defendant's expert to conduct a meaningful review of recently received documents relied upon by Plaintiff's economic expert and issue any written report in accordance with Rule 26(a)(2)(B).

  Thank you for your consideration.

             Respectfully,

             Eric W. Ruden

EWR:jb

cc: Josh A. Bernstein, Esq.

DUANE MORRIS LLP

1540 BROADWAY NEW YORK, NY 10036-4086   PHONE: +1 212 692 1000 FAX: +1 212 692 1020
DM2\3934861.1