# Duane Morris

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
E-MAIL: ERuden@duanemorris.com

www.duanemorris.com

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul S Gard[ephe]*

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 15, 2013

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

January 14, 2013

***VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL***

The Honorable Paul G. Gardephe
United States District Judge
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007-1312

Re:     **Baldwin v. Goddard Riverside Community Center, Case No. 11-CV-7591**

Dear Judge Gardephe:

This firm represents Goddard Riverside Community Center ("GRCC" or Defendant") in the above-referenced matter. Defendant respectfully requests a two week extension from January 18, 2013 to **February 1, 2013** to file Defendant's Motion for Summary Judgment. This is the first such request by Defendant for an extension to file the motion for summary judgment. Plaintiff's counsel has consented to this request. If the Court grants this request, the parties respectfully request that Plaintiff's brief in opposition to summary judgment be extended to **March 15, 2013** and Defendant's reply brief be extended to **March 29, 2013**.

The extension is necessary to allow two of Defendant's key witnesses adequate time to review their deposition transcripts (which were received last week) for accuracy and determine if they have any substantive changes to their testimony before submission of Defendant's motion for summary judgment and Plaintiff's opposition to Defendant's motion.

Thank you for your consideration.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/13
```

Respectfully,

*Eric Ruden*

Eric W. Ruden

EWR:jb

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086                                PHONE: +1 212 692 1000    FAX: +1 212 692 1020
DM3\40756549.2

DuaneMorris

The Honorable Paul G. Gardephe
January 14, 2013
Page 2

cc:   Josh A. Bernstein, Esq. (*via* email)