# Duane Morris



FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
E-MAIL: ERuden@duanemorris.com

www.duanemorris.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/13
```

April 3, 2013

### *VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL*

The Honorable Paul G. Gardephe
United States District Judge
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY  10007-1312

Re: **Baldwin v. Goddard Riverside Community Center, Case No. 11-CV-7591**

Dear Judge Gardephe:

This firm represents Goddard Riverside Community Center ("GRCC" or "Defendant") in the above-referenced matter. Defendant respectfully requests a one week extension from April 5, 2013 to **April 12, 2013** to submit its reply papers in support of its motion for summary judgment. This is the first such request by Defendant for an extension. Plaintiff's counsel has consented to this request.

The extension is necessary to accommodate Defendant counsel's hectic litigation schedule and afford Defendant sufficient time to meaningfully review the reply papers.

Thank you for your consideration.

Respectfully,

Eric W. Ruden

EWR:jb

cc: Josh A. Bernstein, Esq. (*via* email)

**MEMO ENDORSED**

The Application is **granted**.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: April 3, 2013

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086            PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\4196073.1