UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN J. BALDWIN,

        Plaintiff,

    v.                                                                  11-CV-7591 (PGG)(HP)

GODDARD RIVERSIDE COMMUNITY
CENTER,

        Defendant.

---

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    For the reasons set forth in Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, the Statement of Material Facts and the Declaration of Michael Tiliakos and the exhibits attached thereto, Defendant respectfully requests that the Court dismiss pursuant to Rule 56(c) of the F.R.C.P., Plaintiff's Title VII, New York State Human Rights Law and New York City Human Rights Law claims alleging that Defendant retaliated against her due to her participation in a former co-worker's discrimination lawsuit against Defendant and Plaintiff's New York City Human Rights Law claim that Defendant retaliated against her due to her opposition to housing discrimination.

Dated: February 1, 2013
New York, New York

                                              DUANE MORRIS LLP

                                              By: _____
                                              Michael Tiliakos
                                              mtiliakos@duanemorris.com
                                              Eric W. Ruden
                                              eruden@duanemorris.com
                                              1540 Broadway
                                              New York, NY 10036-4086
                                              Tel.: (212) 692-1000
                                              Fax.: (212) 692-1020

DM2\4085394.1