UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
SUSAN J. BALDWIN,                                :
                                                 :
                Plaintiff,         :  11-CV-7591 (PGG) (HP)
                                                 :
      -against-                        :
                                                 :
GODDARD RIVERSIDE COMMUNITY CENTER, :  **AFFIDAVIT OF SERVICE**
                                                 :
                Defendant.        :
                                                 :
                                                 :
---------------------------------------------------------------- x

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK  )

        JOYCE BRANCHE, being duly sworn, deposes and says:

        1.     I am employed by the firm of Duane Morris LLP.

        2.     I am over 18 years of age, reside in Massapequa, New York and am not a party to this action.

        3.     On February 1, 2013, I caused to be served a true copy of Defendant's Notice of Motion for Summary Judgment, Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, Defendant's Statement of Uncontested Material Facts, Declaration of Michael Tiliakos, Esq. and Appendix to Defendant's Statement of Uncontested Material Facts, and Compendium of Unreported Cases, *via* Federal Express overnight mail addressed to the following:

Josh Bernstein, Esq.
Josh Bernstein, P.C.
116 West 23rd Street – 5th Floor
New York, NY 10011

                                                    _____
                                                    Joyce Branche

Sworn to before me this
1st day of February, 2013

_____
Notary Public

ONIKA D. MCLEAN
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01MC6138503
My Comm. Exp. 09/19/20__

DM2\1921376.1