UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Susan J. Baldwin

                    Plaintiff,

-against-

Goddard Riverside Community Center

                    Defendant.
-------------------------------------------------------

Case No. 11 CIV 7591

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joshua Alexander Bernstein**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JB8707      My State Bar Number is 4778791

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Josh Bernstein, P.C.
                      FIRM ADDRESS: 116 West 23rd Street, 5th Fl.
                      FIRM TELEPHONE NUMBER: (212) 537-9412
                      FIRM FAX NUMBER: (212) 537-9412

NEW FIRM:    FIRM NAME: Josh Bernstein, P.C.
                      FIRM ADDRESS: 175 Varick Street
                      FIRM TELEPHONE NUMBER: (646) 308-1515
                      FIRM FAX NUMBER: (718) 679-9517

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 8, 2013

                                              ATTORNEY'S SIGNATURE