```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN J. BALDWIN,

                Plaintiff,

-against-

GODDARD RIVERSIDE COMMUNITY
CENTER,

                Defendant.
------------------------------------------------------------X

11 **CIVIL** 7591 (PGG)

**JUDGMENT**

      Defendant having moved for summary judgment on all claims, and the matter having come before the Honorable Paul G. Gardephe, United States District Judge, and the Court, on September 27, 2014, having rendered its Memorandum Opinion and Order granting Defendant's motion for summary judgment, and directing the Clerk of the Court to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 27, 2014, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
       September 30, 2014

                                RUBY J. KRAJICK
                                Clerk of Court
                   BY:
                                Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____