UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN J. BALDWIN, )<br>)<br>)<br>)   **Case #: 11 CIV 7591**<br>Plaintiff,   )<br>)   J. Paul G. Gardephe (PG)<br>v.   )<br>)<br>GODDARD RIVERSIDE COMMUNITY CENTER,   )<br>)<br>)   **NOTICE OF APPEAL**<br>)<br>Defendant.   ) | |

Notice is hereby given that PLAINTIFF SUSAN J. BALDWIN in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Order granting Defendant's Motion for Summary Judgment in its entirety and dismissing the suit, filed in this action on the 29th day of September, 2014.

Dated: October 27, 2014

Josh Bernstein, P.C.
*Counsel for Plaintiff*

By:_____
Joshua Alexander Bernstein

175 Varick Street
New York, NY 10014
(646) 308-1515
jbernstein@jbernsteinpc.com